UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KENNETH BRICKHOUSE
Petitioner
    v.                                          3:01CR126 (SRU)
                                                3:04CV1728(SRU)

UNITED STATES OF AMERICA
Respondent

ORDER TO SHOW CAUSE

      Upon the petition of Kenneth Brickhouse, the respondent is hereby ORDERED to show cause why the relief prayed for in the motion under 28 U.S.C. § 2255 to vacate, set aside or correct should not be granted.  The Court further ORDERS that service by the United States Marshal of this Order, together with a copy of the motion, on respondent's representative, Kevin J. O'Connor, United States Attorney, 157 Church Street, New Haven, CT, on or before November 26, 2004, shall be deemed sufficient.  The respondent shall file its response by December 27, 2004.  Any reply shall be filed by the petitioner by January 17, 2005.

      It is further ORDERED that the petitioner shall be permitted to proceed in this action without prepayment of fees and costs or security therefore, in accordance with 28 U.S.C. §1915(a).

      SO ORDERED.

      Dated at Bridgeport, Connecticut, this 5th day of November 2004.

                                                            /s/ Stefan R. Underhill
                                                           Stefan R. Underhill
                                                       United States District Judge