3-01CR1728(SRU)

FILED

JAN 14 2005

I'm asking for an extension on my response for my §2255 Motion. I ask humbly due to the fact that I've been in transit and switching prisons so its been hard to do what I have to do but I will have it mailed and completed by the first of Feb. So please understand I'm doing the whole procedure on my own and I need a little time. Thank you whole heartedly.

Kenneth Brickhouse
#14298-014
FCI Fairton
P.O. Box 420
Fairton NJ, 08320