FEB 25 2005

FILED

2005 MAR -2 P 12: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Defendants Response To The Governments Response
To The 28 U.S.C § 2255 Motion I Filed in This Court.

**I Ineffective Counsel**

A. My Defense Counsel who was Francis O'Reilly did not at any time have my best intrest on his mind. His main goal was to see how much I knew about an unsolved case. He failed to advise me that while I was being Prosecuted federally I was being Prosecuted by the State of CT also. I told him Numerous times that I was not on State Probation at the Time of arrest in which I am serving this eleven year Sentence. I will get Into more details on that later. I believe I went to Court a total of 3 times Four at Most. During that while time My Defense Counsel Came To the Prison I was being Held at twice. Once was to introduce himself as my Lawyer and The Next time he Came with the Probation officer to do the PSR. Plainly Put He did not Live up to his obligation as my defense attorney. Mr. O'Reilly Could Have at Least Secured a deal with the State of CT to Make Sure that once I was Sentenced By the Federal Judge the State would either Run any Additional time Concurrent or drop the Cases totally. There are Numerous People from Ct in this facility who was in the Same predicament as me and Their Lawyers did it for them So I know it Could have been done before he allowed me to Plea guilty.

B. I advised Mr. O'Reilly on Numerous occasions that my Probation was already violated the day the Federal offense occured. On 3-15-01 I was Arrested for operating a Stolen Vehicle and that is the Charged that violated my Probation. With out the two Points for being on Probation while the Federal offense took Place I would of Had eleven Criminal History Points which would of Placed

Me in Category U and still at level 19 which holds 57-71 months. I was detained on 3-23-01 for Violation of Probation and the Stamford Police officers who transported me from Norwalk Police department to Stamford Police department was not even aware of the arrest the night before because the arrest warrant stemmed from my arrest the week before for operating a stolen vehicle. The Probation warrant will show that. Norwalk's court clerk should have this arrest on paper. My Probation was transferred to Bridgeport from Stamford and after I was arrested my Probation officer called me and she said," Mr Brickhouse I have to Violated you because it's coming from above my head." I believe her name was Sheila Boyd.

## II. Blakely

I'm not knowledgable at all in law and I don't pretend to be but they say the truth will set you free. The government said Blakely does not apply to my case. Well the Supreme court ruled that the judge has the discretion to use the sentencing guidelines it also stated that the federal sentencing guidelines were unconstitutional. I believe I was enhanced for the 3.7 grams of cocaine base I was charged with. I recieved 78 months which is equivalent to six years. It states in georgetown law that five grams has a mandatory minimum of five years and a maximum of forty years. Well I was arrested with 3.7 grams and I recieved more than five years. I'm asking for some type of relief because serving six years for the state then a eleven years for the feds is ridiculous for these charges.