United States

vs.

Kenneth Brickhouse.

3:01CR126(SRU)

FILED
2007 FEB -5 P 3:03
U.S. DISTRICT COURT

## Motion To Ammend Judgement

The Defendant Kenneth Brickhouse is asking that you ammend the Judgement of this case. He was sentenced to 132 months all together for a 3 count indictment on 1-24-02. At the time you handed down the sentence he was also being charged for the same offense in State court to which he recieved 6 years to run consectively with the 132 months. The Defendant is humbly asking your honor to award the 42 months that he served in State custody to this sentence. At a very young age Mr. Brickhouse has spent a good amount of his teenage years and all of his twenties in some type of prison setting. He took the punishment, owned up, admitted guilt but also feels cheated because 17 years is a long time for anybody. He hasnt had a incident report since 10-1-01 in the State prison. Hes had none since hes been in the federal system. He earned is high school diploma. Work reports are good. He also volunteers as a suicide watch cadre where he monitors a inmate who is suicidal movements every 15 minutes in a log book. Your honor even with the 42 months credited the defendant will still have to at 9½ years altogether. At sentencing when his attorney asked you to run the State sentence concurrent and you said you couldnt but the state normally does showed you cared and all through the sentencing transcripts you

Seemed to be punishing him but at the same time giving him advice. He's already completed the 40 hour drug program and can't wait to start the 500 hour drug program. He's made mistakes in his life and never asked for pity or lienency. Today he's asking your Honor for an early chance to become a member of society. Thank you for listening.




# STATE OF CONNECTICUT

*DEPARTMENT OF EDUCATION*
GENERAL EDUCATIONAL DEVELOPMENT

## OFFICIAL REPORT OF TEST RESULTS

This certifies that the following High School Level Examination results were achieved by:

Kenny A Brickhouse
1153 East Street South
Suffield, Ct  06080

**Test Date:** 06/09/2003
**Test Form:** IEPP
**ID Number:** BrKe10001
**Date of Birth:** 10/18/1980

| TEST TYPE | SUBTEST SUBJECT | Standard Score | Percentile |
|---|---|---|---|
| TESTS OF GENERAL EDUCATIONAL DEVELOPMENT - ENGLISH (GED E) A nationally standardized test used in Connecticut since March, 1967. A passing score is 2,250 (450 average) with no one test subject score below 410. | Language Arts - Writing | 480 | 42 |
| | Science | 540 | 66 |
| | Social Studies | 570 | 76 |
| | Language Arts - Reading | 570 | 76 |
| | Mathematics | 510 | 54 |

**Standard Score Total:** 2670
**Standard Score Average:** 534

Based on the above test scores, Connecticut State High School Diploma was issued to the above named individual.

**Diploma Number:** 243333     **Diploma Date:** July 2, 2003

GED Administrator, CT State Department of Education

*Carl C. Paternostro*

Department of Corrections - adult Education

July 2, 2003

# State of Connecticut

## This Certifies That

### Kenny A Brickhouse

has satisfied all requirements pursuant to Connecticut General Statutes 10 - 5, as amended, and is therefore awarded this diploma in compliance with the rules and regulations of the State Board of Education.

## High School Diploma

No. 243333    Date July 2, 2003

*[signature]*
Secretary, State Board of Education

*[partially visible seal text: ...OR DIPLOMA INVALID ...THE RAISED SEAL OF ...SCHOOL DISTRICT #1]*

## Suicide Cadre - Inmate Companion Program Participation

**Brickhouse, Kenneth    Reg. No. 14298-014**

Using training provided in the Suicide Cadre - Inmate Companion Program, Mr. Brickhouse performed a series of suicide watches, protecting the life of an acutely ill inmate through his constant observation of this inmate. The inmate participated in training to learn the procedures and knowledge to perform this task and was held to the highest standard of behavior while performing the watch. Although monitored regularly by all staff members working the health services area, and having constant phone access to emergency staff response, Mr. Brickhouse has periods of time in which he was solely responsible for observing the behavior of the inmate and for initiating an emergency response to protect the life of another inmate.


*Walter L. Rhinehart, Psy.D.*
**Walter L. Rhinehart, Psy.D.**
**Chief Psychologist**
**FCI, McKean**

*Craig Engstrom*
**Craig Engstrom**
**Psychology Technician**
**FCI, McKean**