JAN 24 2008

3:01 cr 126 (SRU)
3:04cv1728 (SRU)

Dear Clerk,

**FILED**

I writing concerning some issues I have. I've wrote your office numerous times and I haven't recieved a response. Please help me with these issues. My first issue is I feel I'm eligible for the 2 point reduction the new crack ammendment mandates. So I'm asking how do I go about applying for it? Do I contact my appeal attorney or will the court appoint me a attorney? My other issues is I wrote about the 2255 motion thats in front of Judge Underhill to see if it was granted or denied and my motion for Ammendment of Judgement. Please help me send a docket sheet to me or a letter anything please and the way I go to find a attorney like a application or something. I have no knowledge in law so if I should be contacting someone else please send their info. Thank you. Can I be appointed a attorney by the court? Please help! Also on my Ammendment of Judgement motion I attached my last copy of my ged. and a job report is there anyway I can go about getting those documents back?

Signed.
Kenneth Brickhouse