JAN 2 4 2008

3:01 cr 126 (sru)
3:04cv1728 (sru)

Dear Clerk,

FILED

2008 JAN 24 PM 2:43

U.S. DISTRICT COURT

I writing concerning Some issues I have. I've wrote your office numerous times and I haven't recieved a Refponse Response. Please Help me with these issues. My first issue is I feel I'm eligible for the 2 point reduction the new Crack Amendment mandates So I'm asking How do I go about applying for it? do I contact my Appeal Attorney or will the court appoint me a Attorney? My other issues is I wrote about the 2255 motion thats in front of judge underhill to see if it was granted or denied and my motion for Amendment of Judgement. Please Help me Send a Docket Sheet to me or a letter anything Please and the way I go To find a Attorney like a Application or Something? I have No knowledge in law so if I should be contacting someone else Please Send their info. Thank you. Can I Be Appointed A Attorney By the court? Please Help! Also on my Amendment of Judgement Motion I attached my last copy of my Ged and a Job report is there Anyway I can go about getting those Documents Back?

Signed.
Kennth Brickhouse