Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Joseph W. Martini
203.498.4310
203.782.2889 fax
jmartini@wiggin.com

2008 FEB 14 A 9: 44

U.S. DISTRICT COURT
BRIDGEPORT CONN

**WIGGIN AND DANA**
*Counsellors at Law*

February 8, 2008

The Honorable Stephan R. Underhill
United States District Judge
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard - Suite 411
Bridgeport, Connecticut 06604

RE:   *United States v. Kenneth Brickhouse*, No. 3:01CR126 (SRU)

Dear Judge Underhill:

On or about December 16, 2002, I was appointed by the Second Circuit to represent Mr. Kenneth Brickhouse in connection with his appeal from the sentence imposed by your Honor on January 24, 2002. My appointment was made pursuant to the Criminal Justice Act ("CJA"). On that appeal, defendant unsuccessfully contested this Court's decision not to strike certain portions of the presentence report. *United States v. Kenneth Brickhouse*, 75 Fed. Appx. 39; 2003 WL 2212018 (2d Cir. 2003).

Mr. Brickhouse received a sentence of 132 months for federal drug and gun offenses. He remains incarcerated today. Recently, the United States Sentencing Commission promulgated retroactive amendments to the sentencing guidelines, reducing the base level offense for those convicted of crack. *United States v. Polanco*, No. 02 Cr. 442-02 (GEL), 2008 WL 144825, at *1-3 (S.D.N.Y. Jan. 15, 2008). Those amendments may implicate Mr. Brickhouse.

*New Haven   Stamford   New York   Hartford   Philadelphia*

February 8, 2008
Page 2

**WIGGIN AND DANA**
*Counsellors at Law*

Based on the foregoing, the undersigned respectfully requests that this Court appoint me as CJA counsel for Mr. Brickhouse so that I may evaluate whether Mr. Brickhouse may avail himself of the retroactive crack amendments, and seek relief in this Court pursuant to 18 U.S.C. §3582(c)(2).

Respectfully submitted,

Joseph W. Martini

cc.    Peter Jongbloed, Esq.
       Assistant United States Attorney

\88888888\280\693788.1