AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V.                          **APPEARANCE**

**KENNETH BRICKHOUSE**         DOCKET NUMBER: 3:**01-CR-00126-1 (SRU)**

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

| | |
|---|---|
| March 6, 2008 | /S/ |
| DATED | SIGNATURE |
| | PAUL A. MURPHY |
| | ASSISTANT UNITED STATES ATTORNEY |
| | PRINT NAME |
| | ct26654 |
| | FEDERAL BAR NUMBER |
| | c/o United States Attorney's Office |
| | 915 Lafayette Boulevard, Room 309 |
| | ADDRESS |
| | Bridgeport, Connecticut    06604 |
| | CITY    STATE    ZIP CODE |
| | 203-696-3000 |
| | PHONE NUMBER |
| | E MAIL: Paul.Murphy@usdoj.gov |

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that a copy of the within and foregoing was mailed to the following this 6th day of March 2008:

Kenneth Brickhouse
Inmate # 14298-014
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

Thomas Dennis, Esq.
Federal Public Defender
10 Columbus Blvd, Floor 6
Hartford, CT 06106-1976

                                          /S/_____
                                          PAUL A. MURPHY
                                          ASSISTANT UNITED STATES ATTORNEY