## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA :**          **CRIMINAL NO.: 3:01CR126(SRU)**

**V.**                                  **:**

**KENNETH BRICKHOUSE**                  **:**          **MARCH 7, 2008**

## MOTION FOR APPOINTMENT OF CJA COUNSEL

The defendant, Kenneth Brickhouse, through the undersigned counsel Francis L. O'Reilly, hereby respectfully request that the undersigned be appointed CJA counsel for representation of the defendant for his resentencing under the new crack cocaine sentencing guidelines.

WHEREFORE, the defendant respectfully requests appointment as CJA counsel.

.                                       Respectfully submitted,

                                        Kenneth Brickhouse


                                        By _____
                                            Francis L. O'Reilly
                                            167 Old Post Road
                                            Southport, CT 06890
                                            TEL (203) 319-0707
                                            FAX (203) 319-0128
                                            Fed. Bar No. CT17505

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

**Paul A. Murphy**
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

By: _____
Francis L. O'Reilly