UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:01cr126 (SRU) |
| KENNETH BRICKHOUSE | |

### RULING ON MOTION TO SEAL

The defendant, Kenneth Brickhouse, moved for his resentencing, memorandum of law in support of his motion for resentencing, motion for resentencing exhibit binder, and any order entered by the court with respect to his resentencing, to be filed under seal. Brickhouse's motion **(doc. #55)** is GRANTED with respect to Exhibit L of his exhibit binder, and DENIED with respect to all other documents.

It is so ordered.

Dated at Bridgeport, Connecticut, this 8th day of April, 2008.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge