UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH BRICKHOUSE | CRIMINAL NO.<br>3:01cr126 (SRU) |

## AFFIDAVIT OF RAYMOND LOPEZ

I, Raymond Lopez, Senior U.S. Probation Officer, do hereby depose and state as follows:

1) I have reviewed several of Kenneth Brickhouse's custody records as maintained by the Connecticut Department of Correction ("DOC"), and several of Brickhouse's supervision records as maintained by the Connecticut State Adult Probation Office ("Probation").

2) I accessed those records through the DOC's and Probation's information databases.

3) A true and accurate copy of the records I accessed are attached hereto.

4) According to those records, the following facts are true.

5) On December 2, 1996, Brickhouse was arrested by state authorities for selling and possessing narcotics ("narcotics charge") and was released on bond.

6) Brickhouse failed to appear in court on March 6, 1997 in connection with the narcotics charge, and was charged with failure to appear ("failure-to-appear charge").

7) Brickhouse was rearrested on May 6, 1998 for the narcotics and failure-to-appear charges.

8) Judgment subsequently entered against Brickhouse on the narcotics and failure-to-appear charges.

9) On July 10, 1998, Brickhouse was sentenced on the narcotics charge to 7 years in

prison with 3 years to serve and 3 years probation.

10) Also on July 10, 1998, Brickhouse was sentenced on the failure-to-appear charge to 5 years in prison with 3 years to serve and 3 years probation.

11) The sentences on the narcotics and failure-to-appear charges were to run concurrently.

12) On November 19, 2000, Brickhouse was discharged from prison on the two sentences and began a period of supervised parole.

13) On March 2, 2000, Brickhouse absconded from parole.

14) On May 3, 2000, Brickhouse was returned to custody.

15) On January 19, 2001, Brickhouse's sentence of imprisonment on the narcotics and the failure-to-appear charges expired and he was again discharged from prison. His 3-year period of probation commenced the same day.

16) On March 22, 2001, while Brickhouse was on probation for his narcotics and failure-to-appear charges, he committed the offenses in this case.

17) In determining these facts, I relied exclusively on the attached custody records.

    /s/ Raymond Lopez
Raymond Lopez

Subscribed and sworn to before me
this 30th day of April 2008.


    /s/ Bernadette DeRubeis
Notary Public
My commission expires: