# EXHIBIT C

# Certificate of Achievement

This Certifies that

## Kenneth Brickhouse

Has satisfactory completed

### Industrial Familiarization

Consisting of 3 Hours Training

This Certificate is hereby issued this 23rd day of May, 2008

_Martin Sapko_, Superintendent of Industries

_Mike Hays_, Quality Assurance Manager