Dear Mr. Underhill,

01cr126 (SRU)

I'd like to terminate the 2255 motion of yours. The disposition of Frona of that issue in years so mentally I'm not prepared so please terminate that motion. Thank you Sir.